## George C. Bour, Appellant, v. Walter W. Cook, Appellee.

### Gen. No. 23,593.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WELLS
M. COOK, Judge, presiding. Heard in this court at the October
term, 1917. Affirmed. Opinion filed January 28, 1918. Rehearing
denied February 11, 1918.

### Statement of the Case.

Action by George C. Bour, plaintiff, against Walter
W. Cook, defendant, to recover a commission as a real
estate broker for endeavoring to procure a purchaser
for certain premises owned by defendant. From a
judgment for defendant, plaintiff appeals.

CHARLES M. HAFT, for appellant.

KNAPP & CAMPBELL, for appellee.

MR. JUSTICE DEVER delivered the opinion of the
court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1752*—*when judgment affirmed.* A judg-
ment should be affirmed for appellant's failure to abstract the
pleadings, in accordance with the rules of court.

2. BROKERS, § 90*—*when not shown broker was procuring cause
of sale.* Evidence *held* insufficient to show plaintiff was the pro-
curing cause of the sale of defendant's premises in question, in an
action to recover a real estate broker's commission.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.